IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHAN and SAIBEEN ACORD,<br><br>Plaintiffs,<br><br>v.<br><br>OPEN MORTGAGE, LLC,<br><br>Defendant. | Cause No. 4:20-cv-00050-BMM-JTJ<br><br><br>**ORDER GRANTING MOTION TO<br>CONTINUE HEARING<br>ON MOTION TO DISMISS** |

Plaintiffs have moved this Court for an Order Continuing Hearing on Defendant's Motion to Dismiss. Having read Plaintiffs' motion, there being no objection from Defendant, and finding good cause therefor,

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Dismiss will be held on the 28th day of September, 2020, at 10:00 a.m.

*/s/ Brian Morris*
_____
Brian Morris, Chief District Judge
United State District Court

1