UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHAN and SAIBEEN ACORD,<br><br>  Plaintiffs,<br><br>vs.<br><br>OPEN MORTGAGE, LLC,<br><br>  Defendant. | Cause No. 4:20-cv-50-BMM-JTJ<br><br>**ORDER OF DISMISAL WITH PREJUDICE** |

The parties having executed a stipulation for dismissal of this action with prejudice filed as Doc. No. 42, and good cause appearing:

**IT IS ORDERED** that this action be and hereby is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 14th day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court